UNITED STATES DISTRICT COURT JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. **CV 11-8302-JFW (FMOx)** Date: **April 19, 2012**

Title: Debra DeMagnus -v- United States Postal Service, et al.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:** **ATTORNEYS PRESENT FOR DEFENDANTS:**
 None None

**PROCEEDINGS (IN CHAMBERS):** DISMISSAL OF ACTION FOR LACK OF PROSECUTION

 Plaintiff filed a Complaint with the Court on October 6, 2011. On April 4, 2012, the Court issued an Order to Show Cause Re: Lack of Prosecution in light of Plaintiff's apparent failure to serve Defendant Donahoe or file an Application for Entry of Default as to Defendants USPO, Booth and Whitney. The Court's Standing Order specifically warned Plaintiff that failure to serve the Complaint within 120 days as required by Fed. R. Civ. P. 4(m) would result in this dismissal of this action if good cause was not shown for any extension of time. Plaintiff was to respond to the Court's Order to Show Cause no later than April 18, 2012.

 As of the date of this Order, Plaintiff has not filed a proof of service, request for entry of default or otherwise responded to the Court's Order to Show Cause. Accordingly, this action is hereby **DISMISSED** without prejudice.

 IT IS SO ORDERED.